*M. E. Clinton* for petitioner. *Messrs. H. E. Hackney, Ben R. Howell, Thornton Hardie, F. G. Awalt,* and *George P. Barse* for respondent.

,Nos. 129, 130 and 131. FREULER, ADMINISTRATOR, *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. October 9, 1933. Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. W. W. Spalding, Robert A. Littleton, Claude R. Branch,* and *Felix T. Smith* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key, Erwin N. Griswold,* and *Wm. Cutler Thompson* for respondent.

No. 139., MARGUERITE T. WHITCOMB *v.* BURNET, COM-MISSIONER OF INTERNAL REVENUE;

No. 140. LEPIC *v.* SAME;

No. 141. MARIE M. E. G. T. WHITCOMB *v.* SAME;

. Nos. 142 and 143. LEPIC *v.* SAME; and

No. 144. MARIE M. E. G. WHITCOMB *v.* SAME. October 9, 1933. Petition for writs of certiorari to the Court of Appeals of the District of Columbia granted. *Messrs. W. W. Spalding, Claude R. Branch,* and *Felix T. Smith* for petitioners. *Solicitor General Biggs* and *Messrs. Sewall Key, Wm. Cutler Thompson,* and *Erwin N. Griswold* for respondent.

No. 145. LOUISE A. WHITCOMB *v.* BURNET, COMMIS-SIONER OF INTERNAL REVENUE;

No. 146. LYDIA L. WHITCOMB *v.* SAME;

No. 147. LOUISE A. F. E. WHITCOMB *v.* SAME;

Nos. 148 and 149. LYDIA L. I. WHITCOMB *v.* SAME; and